IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

| | |
|---|---|
| **CLARISSA M. WYNN,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 15-36192-KRH** |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,** | |
| **MOVANT,** | |
| vs. | |
| **CLARISSA M. WYNN and CARL M. BATES, TRUSTEE,** | |
| **RESPONDENTS.** | |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION
PURSUANT TO LOCAL BANKRUPTCY RULE 6004-4**

The matter comes before the Court on the Motion of the Movant, JPMorgan Chase Bank, National Association, and in consideration thereof, it is **ORDERED** that:

1. Movant has complied with Local Bankruptcy Rule 6004-4 and the notice provisions required by Bankruptcy Rules 4001(c).

2. That no timely objections to the motion have been filed.

3. The Movant and Debtor have agreed to modify the existing lien on the property known as **921 Luke Street, Blackstone, VA 23824**, and described as follows:

> **ALL THOSE two certain lots or parcels of land, together with all rights, privileges and appurtenances thereto belonging, located in the Town of Blackstone, Nottoway County, Virginia, more particularly described as Lots 1 and 2, Section 7 of West Blackstone on a survey made by Roy E. Easter, Inc., C.L.S., a copy of which is attached hereto and made a part hereof. Reference is hereby made to said plat for a more particular description of the property herein conveyed.**
>
> **BEING the same property conveyed to Clarissa Wynn by Deed from Russell Elwood Irby and Marion K. Irby, husband and wife, dated October 26, 1999, and recorded in the Clerk's Office of the Circuit Court of Nottoway County, Virginia, immediately prior to this deed of trust.**

4. The terms of the proposed modification are as follows:

   a. The Loan Modification Agreement was signed on April 22, 2016 by the borrower and on April 29, 2016 by the Movant. The Loan Modification Agreement was

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 73248
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 30528

    effective May 1, 2016. The Motion for Authority to Modify Existing Lien was filed on May 4, 2016.

b. Current payment of principal and interest in the amount of $273.97 will be reduced to $142.71. This payment amount is subject to any change in the escrow portion, which changes shall be noticed by letter from Movant.

c. Current interest rate of 9.000% will be reduced to 3.375%.

d. The current principal balance of $26,555.21 will be increased to $32,280.65 as $5,725.44 in fees, costs, charges and interest have been capitalized.

e. The first payment under the modification at the reduced amount shall begin May 1, 2016.

f. Current maturity date of the loan of December 1, 2029 will be extended to April 1, 2046.

g. Upon modification, Movant will amend any arrearage claim being paid by the Chapter 13 Trustee as the arrears have been included in this modification.

h. Fees and costs in the amount of $500.00 shall be paid through a new Proof of Claim to be filed by the Movant.

It appearing to the Court to be just and in the best interest of the parties to allow the Movant's Motion, it is hereby

**ORDERED** that the Movant's motion is hereby GRANTED, and that the Movant may execute such documents as are necessary to complete the transaction.

DATED: May 25 2016

/s/ Kevin R Huennekens

JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

May 25 2016

I ask for this:
By: **/s/JOHNIE R. MUNCY**
Michael T. Freeman, Esquire, Bar No. 65460
Johnie R. Muncy, Esquire, Bar No. 73248
Samuel I. White, P.C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for JPMorgan Chase Bank, National Association

Seen and Agreed:

## /s/ BRIAN K. STEVENS

Brian K. Stevens
Counsel for Debtor
2312 Boulevard
Colonial Heights, VA 23834

## /s/ CARL M. BATES

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**

The Clerk shall mail a copy of the entered Order to the following:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Brian K. Stevens
Counsel for Debtor
2312 Boulevard
Colonial Heights, VA 23834

Clarissa M. Wynn
Debtor
921 Luke Street
Blackstone, VA 23824