UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:        CLARISSA M. WYNN,                             Case No. 15-36192-KRH
                                                            Chapter 13
                    Debtor.

# ORDER

On May 25, 2016, an Order Granting Motion to Approve Loan Modification After Confirmation (the "Order") was entered by the Court. The Order, having been entered in error, is hereby **VACATED**.

ENTERED:  Jun 1 2016

                                        /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

                                  Entered on Docket: Jun 1 2016

Copies to:

**Clarissa M Wynn**
921 Luke Street
Blackstone, VA 23824

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

**Brian K. Stevens**
America Law Group
2312 Boulevard
Colonial Heights, VA 23834

**Johnnie R. Muncy**
Samuel I. White P.C.

1804 Staples Mill Road,
Suite 200
Richmond, VA 23230